**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3062**

---

DAVID E. TAYLOR,

                        Plaintiff - Appellant,

    versus

FRESH FIELDS MARKET, INCORPORATED,

                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CA-94-55-C)

---

Submitted: February 7, 1996    Decided: February 21, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David E. Taylor, Appellant Pro Se. Thomas Patrick Murphy, Michael Frank Marino, REED, SMITH, SHAW & MCCLAY, McLean, Virginia; Eric Anthony Welter, REED, SMITH, SHAW & MCCLAY, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the magistrate judge's disposition of Appellant's discovery motions for expenses, for sanctions, and for a change i the location of his deposition. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2